FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2004 NOV -9 P 3:49

SIGN DC
BY DEPUTY CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA

Darryl Raymond Robinson #360286
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO. 04-795-C-M3

versus

SECTION

① RN Stevens
② Dir. of Nursing Leslie Perkins-Schmidt
③ Warden Steven Radar
④ Secretary of Dept. of Corrections
Richard Stalder

Print the full name of all defendants in this action.
**DO NOT WRITE *et al.***

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (X)

| INITIALS | DOCKET# |
|---|---|
| SH | 1 |

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

Plaintiffs ______________________

______________________

Defendants ______________________

______________________

2. Court (If federal court, name of the district court; if state court, name the parish.)

______________________

3. Docket Number ______________________

4. Name of judge to whom case was assigned ______________________

______________________

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

______________________

6. Approximate date of filing lawsuit ______________________

7. Approximate date of disposition ______________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( ) No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

______________________

______________________

______________________

II. PLACE OF PRESENT CONFINEMENT: Dixon Correctional Institution

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. __________

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? NO

D. If your answer is NO, explain why you have not done so: First step did not respond. Sent copies to Internal Affairs. First step responded then and only then. Denied as usual.

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff (First - Middle - Last) Darryl Raymond Robinson

Prisoner Number 360286

Address D.C.I. WCB D-4 / P.O. Box 788 / Jackson LA 70748

Date of Birth 3-12-73

Date of Arrest 3-08-95

Date of Conviction 9-21-95

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant RN Stevens is employed as Nurse
at Dixon Corr. Inst.
Address for service: P.O. Box 788 / Jackson, LA 70748

C. Defendant Leslie Perkins-Schmidt is employed as Dir. of Nursing
at Dixon Corr. Inst.
Address for service: P.O. Box 788 / Jackson, LA 70748

D. Defendant Steven Radar is employed as Warden
at Dixon Corr. Inst.
Address for service: P.O. Box 788 / Jackson, LA 70748

E. Defendant Richard Stalder is employed as Secretary of Dept. of Corrections at Baton Rouge, LA
Address for service: ____________

F. Defendant ____________ is employed as ____________
____________ at ____________
Address for service: ____________

G. Defendant ____________ is employed as ____________
____________ at ____________
Address for service: ____________

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Dixon Correctional Institution is not complying with state law in Relations to DNA law that catagorizes inmates for DNA sampling. D.C.I. took DNA samples from its entire prison population.

According to DNA Drawing or taking, some prisoners were to only have their DNA taken before releasing. Not while we are still incarcerated with time to serve.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

To have my DNA destroyed, terminate the person(s) Responsible for Executing the order, commanding such order and approving the order. I am suing each person in their personal interest. Finally, I would like to be transferred to another geographical institution

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 28 day of October, 2004.

(Signature of Plaintiff)

01/04

CASE NUMBER: DCI-2004-420

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: ROBINSON, DARRYL 360286 WCB 2
Living Quarters

Response to request dated 9/13/2004, received in this office on 10/4/2004

Your request for administrative remedy has been reviewed. You are requesting to have your DNA sample destroyed, terminate the person responsible for ordering DNA sampling and a geographical transfer.

A review of your record indicates you have already had the DCI policy and Departmental Regulations regarding DNA samples explained to you. Nurse Stevens explained the DCI policy regarding failure to submit a DNA sample. She was not singling you out. She stated facts. You could refuse but you would forfeit good time and would have to serve your full sentence. You could have signed the refusal and served your full sentence. You chose to give the DNA sample. DCI does not possess the legal authority to order the destruction of a DNA sample.

Your request to have the person responsible for ordering DNA sampling is denied. We must follow Institutional Policies and Department Regulations that govern the actions of the employees.

Your request for a geographical transfer should be addressed with Classification.

Your request for administrative remedy is denied.

Prepared by: Louise Mitchell

October 19, 2004
Date

Steve Rader
Unit Head

Instructions to Inmate: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: D.C.I. is not complying with state law

10-26-04 [signature] 360286

Date Inmate's Signature DOC#